
## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought under the Fair Labor Standards Act to recover unpaid wages and overtime from my current and/or former employer, _St. Christopher ottolie_. I have been provided with a copy of the Retainer Agreement with the Law Firm of Berger & Gottlieb Attorneys and I agree to be bound by its terms.

_+Malcolm Chambers_                              _11/4/05_
Signature                                         Date

_Malcolm Chambers_
Printed Name