

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | PROVIDENCE, RI |
| 58 South Service Road | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| Suite 410 | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| Melville, New York 11747 | DALLAS, TX | NEW YORK, NY | SAN FRANCISCO, CA |
| Tel 631 247-0404 | GREENVILLE, SC | ORANGE COUNTY, CA | SEATTLE, WA |
| | HARTFORD, CT | ORLANDO, FL | STAMFORD, CT |
| Fax 631 247-0417 | HOUSTON, TX | PITTSBURGH, PA | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PORTLAND, OR | WHITE PLAINS, NY |

May 16, 2007

**FILED VIA ECF**

Hon. William D. Wall
U.S. Magistrate Judge
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

                Re:    Chambers, et al. v. SCO Family of Services
                       Index No.: 06-1275 (DRH) (WDW)

Dear Judge Wall:

       We represent the Defendant, SCO Family of Services, in the above-referenced matter. We write to inform you of developments regarding the named Plaintiff, Malcolm Chambers. A discovery conference is scheduled for June 6, 2007. Your Honor issued an Order on January 16, 2007, ordering that discovery, including the depositions of the named Plaintiffs be completed by May 31, 2007. We have attempted to schedule the depositions on numerous occasions. Plaintiff's counsel first stated he had lost contact with Chambers, and that perhaps he had moved without providing them with any new contact information.

       After it became evident that informal attempts to schedule Mr. Chambers' deposition were futile on May 17, 2007, Defendant served a notice to depose Mr. Chambers for tomorrow, May 17, 2007. Yesterday, at the deposition of Plaintiff Kimberly Reeves, counsel for Plaintiff informed Defendant that Mr. Chambers was incarcerated. Counsel for Plaintiff was unable to provide any further information regarding Chambers, stating that he had only recently heard of the incarceration from Mr. Chambers' "girlfriend." At this time, counsel for Chambers cannot provide us with the location of Mr. Chambers' incarceration, the offense for which he was incarcerated, and any information regarding the availability of Mr. Chambers for his deposition.

       As it would be futile to open Mr. Chambers' deposition tomorrow only to close it upon his non-appearance, we have written Plaintiff's counsel and demanded information regarding Mr. Chambers' incarceration, as follows:

       1.  Mr. Chambers' location of incarceration;



Hon. William D. Wall
May 16, 2007
Page 2

    2. Whether Mr. Chambers can be deposed at this institution;

    3. A proposed date for his deposition; and

    4. Any necessary details in order to depose Mr. Chambers at this facility, including any security measures and/or forms that need to be completed prior to gaining entry to the facility.

We have further advised counsel for Plaintiff Chambers that if we do not receive this information, within sufficient time to comply with your discovery scheduling order, we will move the Court to have Mr. Chambers excluded from this action.

Respectfully,

JACKSON LEWIS LLP

Craig S. Roberts

CSR:bc

cc:    Fran L. Rudich, Esq. (via ECF)
       Brian L. Bromberg, Esq. (via ECF)