

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | PROVIDENCE, RI |
| 58 South Service Road | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| Suite 410 | CHICAGO, IL | MINNEAPOLIS, MN | SACRAMENTO, CA |
| Melville, New York 11747 | CLEVELAND, OH | MORRISTOWN, NJ | SAN FRANCISCO, CA |
| Tel 631 247-0404 | DALLAS, TX | NEW YORK, NY | SEATTLE, WA |
| Fax 631 247-0417 | GREENVILLE, SC | ORANGE COUNTY, CA | STAMFORD, CT |
| www.jacksonlewis.com | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| | HOUSTON, TX | PITTSBURGH, PA | WHITE PLAINS, NY |
| | LONG ISLAND, NY | PORTLAND, OR | |

May 31, 2007

**FILED VIA ECF**

Hon. William D. Wall
U.S. Magistrate Judge
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

        Re:    Chambers, et al. v. SCO Family of Services
               Index No.: 06-1275 (DRH) (WDW)

Dear Hon. Magistrate Judge Wall:

      As counsel for Defendant, SCO Family of Services, we are writing to respond to Plaintiffs' request, as stated in counsel's letter dated May 29, 2007, for an extension of one month to produce Plaintiff, Chambers for deposition. Defendant opposes Plaintiffs' request for an extension of time to produce Chambers and seeks his dismissal as a named Plaintiff.

      Contrary to Plaintiffs' counsel's representation, when he asked whether Defendant consented to his request, I responded we would present this issue to the Court to address this delay and Mr. Chambers' unavailability. At the time counsel for Plaintiff made his request for an extension of the discovery period, he did not disclose Plaintiffs' intent to file with District Judge Hurley a letter request for leave to file a motion for conditional class certification. Plaintiffs cannot reasonably expect Defendant to agree to a month-long extension of time to depose Plaintiff, Chambers, one of only two named Plaintiffs in this action, when Plaintiffs' simultaneously are requesting conditional class certification. Defendant's opposition to Plaintiffs' motion will be based, in part, on the deposition testimony of the two named Plaintiffs. Without Mr. Chambers' testimony, Defendant is severely hampered in opposing Plaintiffs' motion.



Hon. William D. Wall
May 31, 2007
Page 2

    For these reasons, Defendant respectfully requests that the Court deny Plaintiffs' request for an additional month in which to produce Mr. Chambers for his deposition and dismiss Plaintiff Chambers from this action.

Respectfully,

JACKSON LEWIS LLP

Craig S. Roberts

CSR:bc

cc: Fran L. Rudich, Esq. (via ECF)
    Brian L. Bromberg, Esq. (via ECF)
    Paul J. Siegel, Esq. (via ECF)